

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00334-CV

| | | |
|---|---|---|
| Transport Care Services Corporation; Robert W. Hogan; and Julia Hogan | § | From the 235th District Court |
| | § | of Cooke County (CV 11-00274) |
| v. | § | September 26, 2013 |
| Scott Shaw | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that Appellee Scott Shaw take nothing on his claims against Appellant Transport Care Services Corporation, Robert W. Hogan, and Julia Hogan.

It is further ordered that Appellee Scott Shaw shall pay all of the costs for this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel